11-5481-cv
*Andreos v. Kraft Foods Global, Inc.*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of May, two thousand twelve.

PRESENT: JOSEPH M. McLAUGHLIN,
         RICHARD C. WESLEY,
            *Circuit Judges,*
         J. GARVAN MURTHA,
            *District Judge.*[*]

_____

ANTONIO ANDREOS,

         *Plaintiff-Appellant,*

         v.                                     11-5481-cv

KRAFT FOODS GLOBAL, INC.,

         *Defendant-Appellee.*

_____

FOR APPELLANT:     ANTONIO ANDREOS, *pro se*, Edgewater, NJ.

---

[*] The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

FOR APPELLEE:         CHRISTOPHER H. MILLS (David J. Treibman,
                      *on the brief*), Fisher & Phillips LLP,
                      Murray Hill, NJ.

Appeal from the United States District Court for the Southern District of New York (Crotty, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED.**

Plaintiff-Appellant Antonio Andreos, *pro se*, appeals from a judgment of the United States District Court for the Southern District of New York (Crotty, *J.*), granting summary judgment in favor of his former employer, Kraft Foods Global, Inc. ("Kraft"), in his employment discrimination action brought pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.* We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.[1]

Andreos's principal contention on appeal is that the district court erred in granting Kraft's summary judgment

---

[1] We grant Kraft's motion to strike those portions of Andreos's "Reply Appendix" that were not filed in the district court. *See Int'l Bus. Machs. Corp. v. Edelstein*, 526 F.2d 37, 45 (2d Cir. 1975); Fed. R. App. P. 10(a).

motion on his race discrimination claim.  We review orders granting summary judgment *de novo.  Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). Summary judgment is appropriate upon a showing "that there is no genuine dispute as to any material fact and that the movant is entitled to a judgment as a matter of law."  Fed. R. Civ. P. 56(a).  "In determining whether there are genuine issues of material fact, we are required to resolve all ambiguities and draw all permissible factual inferences in favor of the party against whom summary judgment is sought."  *Terry v. Ashcroft*, 336 F.3d 128, 137 (2d Cir. 2003) (internal quotation marks omitted).

Having conducted an independent review of the record in light of these principles, we affirm the grant of Kraft's summary judgment motion for substantially the same reasons stated by the district court in its Order.  Although we find Andreos met his initial burden of establishing a *prima facie* case of racial discrimination, the district court properly concluded that he failed to demonstrate that Kraft's proffered nondiscriminatory reason for his termination was pretextual.  *See McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 802-04 (1973); *Ruiz v. Cnty. of Rockland*, 609 F.3d 486, 492 (2d Cir. 2010).

We have considered all of Appellant's remaining arguments and find them to be without merit.  For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

                                        FOR THE COURT:
                                        Catherine O'Hagan Wolfe, Clerk